IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3130 |
| | ) | |
| v. | ) | |
| | ) | |
| JUAN ANDRADE-BRAVO, | ) | ORDER RESCHEDULING SENTENCING |
| | ) | HEARING |
| Defendant. | ) | |
| | ) | |

Counsel for the defendant, with no objection from the government, has orally requested that the sentencing hearing be rescheduled to February 1, 2006.

IT IS ORDERED that:

1. the oral motion to reschedule sentencing hearing is granted;

2. the sentencing hearing shall commence at 2:30 p.m. on February 1, 2006, in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

3. the defendant shall be present for said hearing.

Dated January 30, 2006.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge