IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3130 |
| | ) | |
| v. | ) | |
| | ) | |
| JUAN ANDRADE-BRAVO, | ) | TENTATIVE FINDINGS TO SECOND |
| | ) | REVISED PRESENTENCE |
| Defendant. | ) | INVESTIGATION REPORT |
| | ) | |

There are no objections to the Second Revised Presentence Investigation Report submitted January 17, 2006.   Therefore I tentatively find that that report is true and accurate. Objections may be made to these tentative findings at the time of the sentencing hearing, but no oral evidence shall be offered.

Dated January 30, 2009.

BY THE COURT


s/ Warren K. Urbom
United States Senior District Judge